To The Honorable Judge Rodriguez,
I am Pastor Glenn Pinckney of Dayspring Church in NE Hickory, NC.

I am writing you your Honor on behalf of our Church member Rashad Griggs.

Rashad has been an outstanding helper with efforts of our church in his community. He and his family live next door to our church.
Not only has he physically participated in the renovation of our Sanctuary, but he has also garnered several people from the community to be of help also.

He and his family attend Worship Services regularly with us. He has also invited a number of people to attend Services with us, which is a rare quality of a sincere individual that is concerned about the eternal future of others.

He and I have had several honest and in-depth spiritual conversations regarding Salvation.

Over the past year I have noticed a significant difference in his demeanor and sincerity towards issues pertaining to eternal life.

I was counting on Rashad helping me with our Church's Community Thanksgiving Dinner that we are providing for the Springs Road community on Thanksgiving Day which is partially sponsored by Paramount Kia of Hickory.

Your Honor, I do not know all that Rashad is facing legally, but I am confident that he is on a much better path in his life for himself and his family now than ever before. He is employed and is actively involved in and with our Church.
With our continued friendship, support and relationship, I am confident that Rashad is destined to become a vital and positive influence in our community to help many others to also transform their lives and move away from their previous destructive lifestyles.

Please feel free to contact me if you have any questions or concerns.
Blessings and,
Sincerely,
Pastor Glenn Pinckney Sr
Dayspring Church
1081 20th St. NE
Hickory, NC
828.514.4339

Magistrate Judge Susan Rodriguez,

My name is Javann C.Bryant , I go by Van. Im now President of Sagittarius
Sales Corporation. My late father Randall Javann Bryant started out of garage
in 1976 and have been at 1703 10th Ave NE, Hickory, NC 28601 since Fall
of 1979. My father passed away on Jan 26,2023 and my Mother on Feb. 14, 2023. The three of us and another employee ran the Industrial Wiping Rag company. In addition Im Executor/Administrator of my late parents estate that
includes 6000 sq ft home in Taylorsville built in early 1900s and property and
Sagittarius Sales. I've written and scanned 5 pages about Rashad Griggs and
what a great help he has been since my other employee has damaged rotator
cup. Rashad has been helping when other help wasn't available. So now Its just me. But Rashad also has Mother and son that require special help.
He's been able to get his Mother help, in addition to taking care of his own family. He's been excellent help. Most of his duties are boxing up different wiping rags in 4 pound to 50 pound boxes. Having his exemplary help and positive attitude has helped me with my loss and new position. He's also help keep my parents yard in great shape when we would go to Taylorsville and keep their house look sharp. All around great person and his attitude really helped me through tough times. Losing both parents so close and being only one doing work can be difficult. But even Rashad, with his family responsibilities maintained positive and professional work ethic and attitude.
Im going to close by saying I've attached handwritten Letter of Character for
Rashad Griggs. His house is 4 blocks away from Sagittarius Sales 1703 10th
Ave. NE Hickory NC 28601. I've know him for almost 7 years because he would ask around abount any help that may be needed and I've never forgot
and was so glad to have him helping me.

Sincerley,
Javann "Van" Bryant